UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

In the Matter of the termination of                         ORDER
Referral to Magistrate Judge

_____

      **ORDERED** that the referral to Magistrate Judge Randolph F. Treece in the following case has been terminated. This case will be decided directly, without Report and Recommendation, by the Honorable Thomas J. McAvoy, Senior U.S. District Judge:

| Case Number | Caption |
|---|---|
| 5:11-cv-535 | Craig Roth v. Commissioner of Social Security |

**IT IS SO ORDERED.**

Dated: July 2, 2012
Syracuse, New York

Gary L. Sharpe
Chief U.S. District Judge